UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  | Case No. 1:18-cv-05035 |
| Plaintiff, | Judge: Charles R. Norgle, Sr. |
| v. | Magistrate Judge: Jeffrey Cole |
| MATTHEW BRUNSTRUM  and  SUSAN BRUNSTRUM,  |  |
| Defendants. |  |

**PLAINTIFF'S AGREED MOTION FOR ENTRY
OF FINAL JUDGMENT AGAINST SUSAN BRUNSTRUM
AND DISMISSAL OF CIVIL PENALTY CLAIM
AGAINST MATTHEW BRUNSTRUM**

Plaintiff, U. S. Securities and Exchange Commission (the "SEC"), pursuant to a settlement negotiated with Defendant Susan Brunstrum, hereby moves this Court to enter a Final Judgment against Defendant Susan Brunstrum in the form attached hereto as Exhibit A. The SEC also moves to dismiss its claim for a civil penalty against Matthew C. Brunstrum. In support of this motion, the SEC states as follows:

1. The SEC filed its Complaint on July 24, 2018. The Complaint alleges that Matthew Brunstrum engaged in insider trading and tipping and his mother, Susan Brunstrum, engaged in insider trading.

2. On June 25, 2018, Matthew Brunstrum and Susan Brunstrum (collectively,

"Defendants") agreed to a bifurcated resolution of this case. On September 13, 2018, this Court entered Judgment as to Susan Brunstrum (Dkt. 9) and Judgment as to Matthew C. Brunstrum (Dkt. 10). Defendants were permanently enjoined from engaging in future violations of the securities laws and ordered to pay specified amounts in disgorgement and prejudgment interest. (Dkt. 9 and 10)

3. Civil penalties were to be decided later upon motion by the SEC. (Dkt. 9 and 10). On September 11, 2018, Plaintiff's Agreed Motion for Entry of Judgments by Consent was filed ("Agreed Motion"). (Dkt. 6) The Agreed Motion requested that the Court set an appropriate schedule for briefing and/or hearing to determine the civil penalty component of a final judgment after November 28, 2018, which was the date Matthew Brunstrum was scheduled to be sentenced in his criminal case on insider trading, *U.S. v. Matthew C. Brunstrum*, 1:18-cr-00446-1. On September 13, 2018, the Court granted the Agreed Motion. (Dkt. 8)

4. Defendant Susan Brunstrum has subsequently consented to pay a civil penalty in the amount of $170,252. A copy of Susan Brunstrum's Second Consent is attached as Exhibit B.

5. On November 28, 2018, at his sentencing hearing, Matthew C. Brunstrum was sentenced to 8 months imprisonment. Matthew C. Brunstrum did not appeal his prison sentence. Accordingly, the SEC seeks to dismiss its claim for a civil penalty against Matthew C. Brunstrum.   A proposed order is attached as Exhibit C.

WHEREFORE, Plaintiff U. S. Securities and Exchange Commission respectfully requests that this Court enter the attached Final Judgment as to Defendant Susan Brunstrum and dismiss with prejudice the civil penalty claim against Matthew C. Brunstrum.

Dated: January 28, 2019

                **UNITED STATES SECURITIES**
                **AND EXCHANGE COMMISSION**

                By: /s/Doressia L. Hutton
                Doressia L. Hutton (HuttonD@sec.gov)
                175 West Jackson Boulevard, Suite 1450
                Chicago, IL 60604-2615
                (312) 353-7390
                (312) 353-7398 (fax)

**Certificate of Service**

I hereby certify that on January 28, 2019, I served **PLAINTIFF'S AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST SUSAN BRUNSTRUM AND DISMISSAL OF CIVIL PENALTY CLAIM AGAINST MATTHEW BRUNSTRUM** on all counsel of record through the Court's ECF filing system.

                By: **/s/ Doressia L. Hutton**
                     **Doressia L. Hutton**

EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Proposed Final Judgment as to Defendant Susan Brunstrum |
| B | Second Consent of Defendant Susan P. Brunstrum |
| C | Proposed Order Dismissing Civil Penalty Claim Against Matthew C. Brunstrum |