UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:18-cv-05035 |
| Plaintiff, | Judge: Charles R. Norgle, Sr. |
| v. | Magistrate Judge: Jeffrey Cole |
| MATTHEW BRUNSTRUM and SUSAN BRUNSTRUM, | |
| Defendants. | |

**FINAL JUDGMENT AS TO SUSAN BRUNSTRUM**

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court's September 13, 2018 Judgment as to Defendant Susan Brunstrum is incorporated by reference and **FINAL JUDGMENT** is entered against Defendant Susan Brunstrum ("Defendant") and in favor of Plaintiff United States Securities and Exchange Commission ("Commission") in the amount of $170,252 for a civil penalty pursuant to Section 21A of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-1].

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall make this payment pursuant to the terms of the payment schedule set forth in paragraph III below after entry of this Final Judgment.

1

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Susan Brunstrum as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Susan Brunstrum shall pay the penalty due of $170,252 in two installments to the Commission according to the following schedule: (1) $85,126, within 14 days of entry of this Final Judgment; and (2) $85,126, within 120 days of entry of this Final Judgment. Payments shall be deemed made on the date they are received by the Commission and shall be applied first to post

judgment interest, which accrues pursuant to 28 U.S.C. § 1961 on any unpaid amounts due after 14 days of the entry of Final Judgment. Prior to making the final payment set forth herein, Susan Brunstrum shall contact the staff of the Commission for the amount due for the final payment.

If Susan Brunstrum fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Second Consent of Defendant Susan P. Brunstrum is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: *January 31, 2019*

*[Signature]*
Honorable Charles R. Norgle
United States District Judge