# NITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:18-cv-05035 |
| Plaintiff, | Judge: Charles R. Norgle, Sr. |
| v. | Magistrate Judge: Jeffrey Cole |
| MATTHEW BRUNSTRUM | |
| and | |
| SUSAN BRUNSTRUM, | |
| Defendants. | |

## ORDER

Plaintiff U. S. Securities and Exchange Commission's (the "SEC") motion to dismiss its claim for a civil penalty against Matthew C. Brunstrum is granted.

Dated: January 31, 2019

_____
Honorable Charles R. Norgle
United States District Judge